[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 336.]

THE STATE EX REL. BELL, APPELLANT, *v.* UNIVERSITY OF CINCINNATI

HOSPITAL ET AL., APPELLEES.

[Cite as *State ex rel. Bell v. Univ. of Cincinnati Hosp.*, 1998-Ohio-63.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 97-1693—Submitted August 19, 1998—Decided October 14, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD09-1208.

_____

*Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A., James A. Whittaker*
and *Stephen P. Gast*, for appellant.

*Taft, Stettinius & Hollister* and *Joseph A. Rectenwald*, for appellee
University of Cincinnati Hospital.

*Betty D. Montgomery*, Attorney General, and *Cheryl J. Nester*, Assistant
Attorney General, for appellees Industrial Commission and Administrator, Bureau
of Workers' Compensation.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the
opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and
LUNDBERG STRATTON, JJ., concur.

_____